IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY<br><br>Plaintiff<br><br>v.<br><br>PHILLIP SCOTT HIBBARD; KATHERINE INGLETT; HUGH HIBBARD; SUSAN KING; SHARON L. SLOAN; AND STEPHEN D. HIBBARD<br><br>Defendants | CIVIL ACTION<br><br>FILE NO. 1:16-CV-00119-JRH-BKE |

## ACKNOWLEDGMENT OF SERVICE

Defendant STEPHEN HIBBARD, by and through his undersigned counsel, and hereby acknowledges service of the following document in connection with the above-captioned action: summons issued to defendant; complaint in interpleader with exhibits thereto; Rule 26 instruction order; motion to deposit funds into the registry of the court and proposed order, and litigants' bill of rights. Any objections as to insufficiency of process or insufficiency of service of process are hereby waived.

This 30th day of September, 2016.

_____
Wendell Johnston, Jr.
Georgia Bar No. 397005

Johnston Smith Attorneys at Law LLP
P.O. Box 211509
Augusta, Georgia 30917
(706) 860-1952 – Telephone
(706) 855-0994 – Telephone
*wendell@johnstonsmithlaw.com*