IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

MINNESOTA LIFE INSURANCE )
COMPANY, )
 )
    Plaintiff, )
 )
v. ) CV 116-119
 )
PHILLIP SCOTT HIBBARD; KATHERINE )
INGLETT; HUGH HIBBARD; SUSAN )
KING; SHARON L. SLOAN; and )
STEPHEN D. HIBBARD, )
 )
    Defendants. )

**O R D E R**

On August 29, 2016, Defendants Katherine Inglett and Sharon L. Stone filed an answer to Plaintiff's complaint in interpleader. (Doc. no. 9.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 2.) However, no Rule 26(f) Report has been filed. Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order, and to file a joint 26(f) Report within seven days of the date of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 1st day of November, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA